CURTIS LEE MORRISON (CSBN 321106)
RED EAGLE LAW, L.C.
5256 S. MISSION ROAD, SUITE 135
BONSALL, CA 92003
Tel: 714-661-3446
Email: curtis@redeaglelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOHEYL YOUSEFISAHI<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH EDLOW, *in his official capacity as the Director of U.S. Citizenship and Immigration Services*,<br><br>*Defendant.* | Civil Action No.: 3:25-cv-09728-LJC<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDNAT'S MOTION TO DISMISS AND ORDER** |

The parties hereby stipulated to an extension of time for Plaintiff's response to Defendant's Motion to Dismiss (ECF No. 11, "MTD"). Plaintiff will file their response on or before March 13, 2026.

Dated: February 26, 2026        Respectfully submitted,[1]

*s/Curtis Lee Morrison*
CURTIS LEE MORRISON (CSBN 321106)
RED EAGLE LAW, L.C.
*Attorney for Plaintiff*

Dated: February 26, 2026        CRAIG H. MISSAKIAN
United Stats Attorney

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation                                 1
3:25-cv-09728-AMO

*/s/ Kelsey Helland*
KELSEY HELLAND
Assistant United States Attorney
*Attorney for Defendant*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 27, 2026

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

Stipulation                                    2
3:25-cv-09728-AMO