CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOHEYL YOUSEFISAHI,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH B. EDLOW, in his official capacity as the Director of United States Citizenship and Immigration Services,<br><br>    Defendant. | No. 3:25-cv-09728-LJC<br><br>**ADMINISTRATIVE MOTION TO SUBMIT SUPPLEMENTAL EVIDENCE: ORDER;** |

ADMIN. MOT. TO SUBMIT SUPP. EVIDENCE
NO. 3:25-CV-09728-LJC

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendant hereby respectfully requests leave to file as supplemental evidence in support of his Motion to Dismiss the Request For Applicant To Appear At Initial Interview issued by USCIS to Plaintiff on April 13, 2026 ("Interview Notice").  A copy of the Interview Notice is attached as an exhibit to this administrative motion.

Undersigned counsel for Defendant has met and conferred with counsel for Plaintiff, who agreed to stipulate that Defendant could file the Interview Notice.  The parties' stipulation on this issue follows the Proposed Order, below.

DATED: April 15, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

*Attorneys for Defendants*

## ORDER

Good cause appearing, Defendant's motion is GRANTED.

Date: April 15, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

ADMIN. MOT. TO SUBMIT SUPP. EVIDENCE
NO. 3:25-CV-09728-LJC