CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    Facsimile: (415) 436-6748
    Kelsey.Helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOHEYL YOUSEFISAHI, <br><br>           Plaintiff, <br><br>     v. <br><br> JOSEPH B. EDLOW, in his official capacity as the Director of United States Citizenship and Immigration Services, <br><br>           Defendant. | Case No. 3:25-cv-09728 LJC <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT'S ANSWER, MOTION FOR SUMMARY JUDGMENT, AND CERTIFIED ADMINISTRATIVE RECORD; ORDER** |

The parties hereby stipulate to, and respectfully request that the Court approve, a 30-day extension of time for Defendant to file the Answer and Motion for Summary Judgment and produce the Certified Administrative Record, such that these materials would be due July 1, 2026. *See* Dkt. 32 at 10.

In support of this request, Defendant hereby states that USCIS has formally requested an exemption for Plaintiff's case to be adjudicated, which Defendant anticipates will be decided shortly. The adjudication of Plaintiff's case could render this litigation moot. Given this procedural posture, the parties agree that it would conserve resources and promote efficiency to continue the deadline for the above materials by 30 days, to allow time for the exemption request to be processed.

Defendant further notes that undersigned counsel for Defendant is currently scheduled to

Stipulation
C 3:25-cv-09728 LJC                1

participate in two trials over the next month: a one-day bench trial on May 27 in *Stanford Daily v. Rubio*, No. 5:25-cv-6618-NW, and a six-to-twelve day jury trial starting June 22 in *Hostetler v. Driscoll*, No. 3:22-cv-3605-JD, with pretrial filings due May 28.  Undersigned counsel for Defendant respectfully submits that, with these upcoming trial obligations within the next week, Defendant requires additional time to prepare the materials set forth above.

Dated:  May 26, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


 */s/ Kelsey Helland*
KELSEY HELLAND
Assistant United States Attorney
Attorneys for Defendant


Dated:  May 26, 2026

*/s/ Curtis Lee Morrison*
CURTIS LEE MORRISON
Red Eagle Law
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: May 26, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-09728 LJC                    2